IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the 341 Meeting Notice filed on January 11, 2021, Doc. No. 28, Amended Schedule F filed on March 22, 2021, Doc. No. 63, and the Order of Court dated March 23, 2021, Doc. No. 66, were served as follows:

By electronic mail of the 341 Notice on January 11, 2021, Amended Schedule F on March 22, 2021, and the Order of Court on March 23, 2021, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail on March 23, 2021, addressed as follows:

West Penn Power
800 Cabin Hill Drive
Greensburg, PA 15601

Dated: March 23, 2021              /s/ Glenn R. Bartifay
                                   GLENN R. BARTIFAY, ESQUIRE
                                   Pa. Id. No. 68763
                                   Attorney for Debtor

                                   BARTIFAY LAW OFFICES, P.C.
                                   2009 Mackenzie Way, Suite 100
                                   Cranberry Township, PA 16066
                                   (412) 824-4011
                                   gbartifay@bartifaylaw.com