IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO.  20-23092-CMB |
| ALTHEA M. BELL, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ALTHEA M. BELL, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TEA OLIVE, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claim filed on February 24, 2021, Doc. No. 41, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon.  Pursuant to the Hearing Notice filed on February 24, 2021, Doc. No. 42, Responses to the Objection were to be filed and served no later than March 23, 2021.

It is hereby respectfully requested that the Proposed Order filed on February 24, 2021, Doc. No. 41-1 be entered by the Court.

Dated: <u>March 24, 2021</u>            <u>/s/ Glenn R. Bartifay</u>
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com