IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ALTHEA M. BELL, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| v. ) | |
| ) | |
| UPMC PHYSICIAN SERVICES, ) | |
| ) | |
| Respondent. ) | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO CLAIM</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claim filed on February 24, 2021, Doc. No. 43, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon. Pursuant to the Hearing Notice filed on February 24, 2021, Doc. No. 44, Responses to the Objection were to be filed and served no later than March 23, 2021.

It is hereby respectfully requested that the Proposed Order filed on February 24, 2021, Doc. No. 43-1 be entered by the Court.

Dated: <u>March 24, 2021</u>                     <u>/s/ Glenn R. Bartifay</u>
                                                GLENN R. BARTIFAY, ESQUIRE
                                                Pa. Id. No. 68763
                                                Attorney for Movant/Debtor

                                                BARTIFAY LAW OFFICES, P.C.
                                                2009 Mackenzie Way, Suite 100
                                                Cranberry Township, PA 16066
                                                (412) 824-4011
                                                gbartifay@bartifaylaw.com