IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| ──────────────── | ) | |
| | ) | |
| ALTHEA M. BELL, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | re doc. 43 |
| v. | ) | |
| | ) | |
| UPMC PHYSICIAN SERVICES, | ) | |
| | ) | **ENTERED BY DEFAULT** |
| Respondent. | ) | |

ORDER

AND NOW, this  25th  day of  March , 2021, it is hereby ORDERED that the Objection filed by Movant/Debtor Althea M. Bell to Claim 6 filed by Respondent, UPMC Physician Services, is sustained, that Claim 6 is stricken, and that Respondent shall be entitled to no distribution related to Claim 6 from Debtor's Chapter 13 reorganization plan.

FILED
3/25/21 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
CARLOTA M. BÖHM,    dmk
Chief Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23092-CMB |
| Althea M. Bell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Althea M. Bell, 2201 Hunt Club Dr., Greensburg, PA 15601-8423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 27, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | |
| | on behalf of Debtor Althea M. Bell gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Hilary Wheatley Taylor | |
| | on behalf of Creditor The Hunt Club Villas Homeowners' Association Inc. htaylor@papernick-gefsky.com |
| Kevin J. Petak | |
| | on behalf of Creditor Cambria Thrift kpetak@spencecuster.com skosis@spencecuster.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7