PROCEEDING MEMO

Date: 03/30/2021 01:30 pm

In re:   Althea M. Bell

Bankruptcy No. 20-23092-CMB
Chapter: 13
Doc. # 37

Appearances via Zoom: Owen Katz, Glenn R. Bartifay, Brian Nicholas (not present)

Nature of Proceeding: #37 Objection to Claim of Midland Credit Managment, Inc. at claim number 1.

Additional Pleadings: #37 Notice of Hearing
#68 Midland Credit Management, Inc.'s Response

Judge's Notes:
-Attorney Nicholas not present.
-Bartifay: Withdrawing objection. Will file an objection to amended claim.
OUTCOME: Objection withdrawn.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
3/31/21 7:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA