IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ALTHEA M. BELL, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| v. ) | |
| ) | |
| THE HUNT CLUB VILLAS ) | |
| HOMEOWNERS' ASSOCIATION, ) | |
| INC. ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend filed on March 10, 2021, Doc. No. 50, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Scheduling Order filed on March 10, 2021, Doc. No. 51, Responses to the Motion were to be filed and served no later than April 5, 2021.

    It is hereby respectfully requested that the Proposed Order filed on March 10, 2021, Doc. No. 50-2 be entered by the Court.

Dated: April 8, 2021　　　　　　　　　　/s/ Glenn R. Bartifay
　　　　　　　　　　　　　　　　　　　GLENN R. BARTIFAY, ESQUIRE
　　　　　　　　　　　　　　　　　　　Pa. Id. No. 68763
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Debtor

　　　　　　　　　　　　　　　　　　　BARTIFAY LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　2009 Mackenzie Way, Suite 100
　　　　　　　　　　　　　　　　　　　Cranberry Township, PA 16066
　　　　　　　　　　　　　　　　　　　(412) 824-4011
　　　　　　　　　　　　　　　　　　　gbartifay@bartifaylaw.com