IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ALTHEA M. BELL, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE HUNT CLUB VILLAS | ) | |
| HOMEOWNERS' ASSOCIATION, | ) | |
| INC. | ) | |
| | ) | |
| Respondent. | ) | |

## CONSENT ORDER

AND NOW, this _____ day of _____, 2021, it is hereby ORDERED that: (1) the Order of Court dated April 8, 2021, Doc. No. 86, which struck Claim 7 and any disbursement from the Chapter 13 Plan of Movant Althea M. Bell ("Debtor") to Respondent The Hunt Club Villas Homeowners' Association, Inc, is stricken, (2) Claim 7 is amended to provide that Respondent has a secured claim in the amount of $14,938.46, that being arrearages on homeowner association fees, which shall be paid to Respondent from Debtor's Chapter 13 Plan pro rata over the length of the plan; (4) in addition to payment of the arrearages as provided in Paragraph 3 above, Respondent shall receive ongoing homeowner association fees in the amount of $225.00 monthly as of November 2020 from Debtor's Chapter 13 Plan; and (5) Debtor shall comply with the rules and regulations of the homeowner association agreement moving forward.

_____
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

Agreed to by:

/s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com


Hilary W. Taylor
HILARY W. TAYLOR, ESQUIRE
Pa. Id. No. 89893
Attorney for Respondent

PAPERNICK & GEFSKY, LLC
301 Grant Street, Suite 3420
Pittsburgh, PA 15219
(412) 765-2212
htaylor@papernick-gefsky.com