IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ALTHEA M. BELL, | ) | |
| | ) | re doc. 48 |
| Movant/Debtor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE HUNT CLUB VILLAS | ) | |
| HOMEOWNERS' ASSOCIATION, | ) | |
| INC. | ) | **ENTERED BY DEFAULT** |
| | ) | |
| Respondent. | ) | |

ORDER

AND NOW, this ___8th___ day of ___April___, 2021, it is hereby ORDERED that the Objection filed by Movant/Debtor Althea M. Bell to Claim 1 filed by Respondent The Hunt Club Villas Homeowners' Association, Inc, is sustained, that Claim 7 is stricken, and that Respondent shall be entitled to no distribution related to Claim 7 from Debtor's Chapter 13 reorganization plan.

FILED
4/8/21 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CARLOTA M. BÖHM,
Chief Bankruptcy Judge

dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-23092-CMB
Althea M. Bell Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2
Date Rcvd: Apr 08, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Althea M. Bell, 2201 Hunt Club Dr., Greensburg, PA 15601-8423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com

Glenn R. Bartifay
     on behalf of Debtor Althea M. Bell gbartifay@bartifaylaw.com
     sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Hilary Wheatley Taylor
     on behalf of Creditor The Hunt Club Villas Homeowners' Association Inc. htaylor@papernick-gefsky.com

Kevin J. Petak
     on behalf of Creditor Cambria Thrift kpetak@spencecuster.com skosis@spencecuster.com

Maria Miksich
     on behalf of Creditor Midland Credit Management Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Apr 08, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8