IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ALTHEA M. BELL, ) | re doc. 91 |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| v. ) | |
| ) | |
| THE HUNT CLUB VILLAS ) | |
| HOMEOWNERS' ASSOCIATION, ) | |
| INC. ) | |
| ) | |
| Respondent. ) | |

## CONSENT ORDER

AND NOW, this __13th__ day of __April__, 2021, it is hereby ORDERED that: (1) the Order of Court dated April 8, 2021, Doc. No. 86, which struck Claim 7 and any disbursement from the Chapter 13 Plan of Movant Althea M. Bell ("Debtor") to Respondent The Hunt Club Villas Homeowners' Association, Inc, is stricken, (2) Claim 7 is amended to provide that Respondent has a secured claim in the amount of $14,938.46, that being arrearages on homeowner association fees, which shall be paid to Respondent from Debtor's Chapter 13 Plan pro rata over the length of the plan; (4) in addition to payment of the arrearages as provided in Paragraph 3 above, Respondent shall receive ongoing homeowner association fees in the amount of $225.00 monthly as of November 2020 from Debtor's Chapter 13 Plan; and (5) Debtor shall comply with the rules and regulations of the homeowner association agreement moving forward.

_____
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

FILED
4/13/21 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Agreed to by:

/s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com


Hilary W. Taylor
HILARY W. TAYLOR, ESQUIRE
Pa. Id. No. 89893
Attorney for Respondent

PAPERNICK & GEFSKY, LLC
301 Grant Street, Suite 3420
Pittsburgh, PA 15219
(412) 765-2212
htaylor@papernick-gefsky.com


/s/ James Warmbrodt
Counsel for the Chapter 13 Trustee