IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ALTHEA M. BELL, ) | re doc. 91 |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| v. ) | |
| ) | |
| THE HUNT CLUB VILLAS ) | |
| HOMEOWNERS' ASSOCIATION, ) | |
| INC. ) | |
| ) | |
| Respondent. ) | |

<u>CONSENT ORDER</u>

AND NOW, this <u>13th</u> day of <u>April</u>, 2021, it is hereby ORDERED that: (1) the Order of Court dated April 8, 2021, Doc. No. 86, which struck Claim 7 and any disbursement from the Chapter 13 Plan of Movant Althea M. Bell ("Debtor") to Respondent The Hunt Club Villas Homeowners' Association, Inc, is stricken, (2) Claim 7 is amended to provide that Respondent has a secured claim in the amount of $14,938.46, that being arrearages on homeowner association fees, which shall be paid to Respondent from Debtor's Chapter 13 Plan pro rata over the length of the plan; (4) in addition to payment of the arrearages as provided in Paragraph 3 above, Respondent shall receive ongoing homeowner association fees in the amount of $225.00 monthly as of November 2020 from Debtor's Chapter 13 Plan; and (5) Debtor shall comply with the rules and regulations of the homeowner association agreement moving forward.

_____
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

FILED
4/13/21 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

Agreed to by:

/s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com


Hilary W. Taylor
HILARY W. TAYLOR, ESQUIRE
Pa. Id. No. 89893
Attorney for Respondent

PAPERNICK & GEFSKY, LLC
301 Grant Street, Suite 3420
Pittsburgh, PA 15219
(412) 765-2212
htaylor@papernick-gefsky.com


/s/ James Warmbrodt
Counsel for the Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23092-CMB |
| Althea M. Bell | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Althea M. Bell, 2201 Hunt Club Dr., Greensburg, PA 15601-8423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021              Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | |
| | on behalf of Debtor Althea M. Bell gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Hilary Wheatley Taylor | |
| | on behalf of Creditor The Hunt Club Villas Homeowners' Association  Inc. htaylor@papernick-gefsky.com |
| Kevin J. Petak | |
| | on behalf of Creditor Cambria Thrift kpetak@spencecuster.com  skosis@spencecuster.com |
| Maria Miksich | |
| | on behalf of Creditor Midland Credit Management Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                                                        User: dsaw                                                    Page 2 of 2

Date Rcvd: Apr 13, 2021                              Form ID: pdf900                                Total Noticed: 1

Ronda J. Winnecour
                           cmecf@chapter13trusteewdpa.com

S. James Wallace
                           on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8