**Date: 05/11/2021 01:30 pm**

In re:    **Althea M. Bell**

**Bankruptcy No. 20-23092-CMB**
**Chapter: 13**
**Doc. # 80**

**Appearances: Brian Nicholas, Glenn Bartifay, Kate DeSimone**

**Nature of Proceeding: #80 Objection to Claim of Midland Credit Management, Inc. At claim number 1.**

**Additional Pleadings: #81 Notice of Hearing**
**#97 Midland Credit Management's Response**

**Judge's Notes:**
-Parties presented their arguments.
OUTCOME: Continued to 6/21 at 10:00 am.
-Parties are to meet and confer for two-hours to try to settle the matter. If parties cannot settle, they shall narrow down the issues.
-Attorney Bartifay to file a status report on or before 6/10. Status report should indicate whether or not the parties settled the matter and how the parties want to proceed with the remaining issues.

**Carlota Böhm**
FILED                              **Chief U.S. Bankruptcy Judge**
5/11/21 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Althea M. Bell  
    Debtor

Case No. 20-23092-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2  
Date Rcvd: May 11, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Althea M. Bell, 2201 Hunt Club Dr., Greensburg, PA 15601-8423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Althea M. Bell gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Hilary Wheatley Taylor | on behalf of Creditor The Hunt Club Villas Homeowners' Association Inc. htaylor@papernick-gefsky.com |
| Kevin J. Petak | on behalf of Creditor Cambria Thrift kpetak@spencecuster.com  skosis@spencecuster.com |
| Maria Miksich | on behalf of Creditor Midland Credit Management Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: dric     Page 2 of 2
Date Rcvd: May 11, 2021     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8