**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Althea M. Bell** <br>                       **Debtor** <br><br> **Althea M. Bell** <br>                       **Movant** <br> vs. <br><br> **Midland Credit Management Inc.** <br>                       **Respondent** <br><br> **Ronda J. Winnecour, Esquire** <br>                       **Trustee** | **BK NO. 20-23092 CMB** <br><br> **Chapter 13** <br><br> **Related to: 80, 97, 98, 100; Claim No. 1-3** <br><br> **CONSENT ORDER REGARDING CLAIM 1** |

**CONSENT ORDER REGARDING TREATMENT OF CLAIM 1**

      **NOW** come the undersigned parties, by and through their counsel, and enter into the following Consent Order:

      **WHEREAS**, Respondent, Midland Credit Management Inc., file a proof of claim in this matter on or about November 6, 2020 followed by an amended proof of claim on March 9, 2021; and

      **WHEREAS**, Debtor, Athea M. Bell, filed an objection to the proof of claim on or about March 30, 2021; and

      **WHEREAS**, the parties has agreed to amicably resolve the dispute,

      **IT IS** on this _____ day of _____, 2021,

      **ORDERED** that Midland Credit Management, LLC's Proof of Claim (Number 1 on the Claims Docket) shall be reduced to an allowed unsecured claim in the amount of $3,000; and

      **IT IS FURTHER ORDERED** that the reduction in the amount owed shall be permanent upon successful completion of the plan and issuance of a discharge to the Debtor; and

**IT IS FURTHER ORDERED** that in the event of dismissal of this case or conversion of this case to another Chapter, this Consent Order shall be null and void.

**CONSENTED AND AGREED TO BY:**

**/s/ Glenn R. Bartifay, Esquire**
Glenn R. Bartifay, Esquire
Attorney I.D. No. 68763
Bartifay Law Offices, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
412-824-4011
gbartifay@bartifaylaw.com
Attorneys for Debtor, Althea M. Bell

Dated:  6/16/2021

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com
Attorneys for Respondent, Midland Credit Management, LLC

Dated: 6/16/2021

Reviewed and Approved by the Court,

_____
Honorable Carlotta Böhm,
Chief Bankruptcy Judge