**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Althea M. Bell**<br>                     **Debtor**<br><br>**Althea M. Bell**<br>                     **Movant**<br>    vs.<br><br>**Midland Credit Management Inc.**<br>                     **Respondent**<br><br>**Ronda J. Winnecour, Esquire**<br><br>                     **Trustee** | **BK NO. 20-23092 CMB**<br><br>**Chapter 13**<br><br>**Related to: 80, 97, 98, 100; Claim No. 1-3**<br><br>**CONSENT ORDER REGARDING CLAIM 1** |

**CONSENT ORDER REGARDING TREATMENT OF CLAIM 1**

**NOW** come the undersigned parties, by and through their counsel, and enter into the following Consent Order:

**WHEREAS**, Respondent, Midland Credit Management Inc., file a proof of claim in this matter on or about November 6, 2020 followed by an amended proof of claim on March 9, 2021; and

**WHEREAS**, Debtor, Athea M. Bell, filed an objection to the proof of claim on or about March 30, 2021; and

**WHEREAS**, the parties has agreed to amicably resolve the dispute,

**IT IS** on this ____17th____ day of _____June_____, 2021,

**ORDERED** that Midland Credit Management, LLC's Proof of Claim (Number 1 on the Claims Docket) shall be reduced to an allowed unsecured claim in the amount of $3,000; and

**IT IS FURTHER ORDERED** that the reduction in the amount owed shall be permanent upon successful completion of the plan and issuance of a discharge to the Debtor; and

**IT IS FURTHER ORDERED** that in the event of dismissal of this case or conversion of this case to another Chapter, this Consent Order shall be null and void.

**CONSENTED AND AGREED TO BY:**

| | |
|---|---|
| **/s/ Glenn R. Bartifay, Esquire** | **/s/ Brian C. Nicholas, Esquire** |
| Glenn R. Bartifay, Esquire | Brian C. Nicholas, Esquire |
| Attorney I.D. No. 68763 | Attorney I.D. No. 317240 |
| Bartifay Law Offices, P.C. | KML Law Group, P.C. |
| 2009 Mackenzie Way, Suite 100 | BNY Mellon Independence Center |
| Cranberry Township, PA 16066 | 701 Market Street, Suite 5000 |
| 412-824-4011 | Philadelphia, PA 19106 |
| gbartifay@bartifaylaw.com | 201-549-5366 |
| Attorneys for Debtor, Althea M. Bell | bnicholas@kmllawgroup.com |
| | Attorneys for Respondent, Midland Credit Management, LLC |
| Dated: 6/16/2021 | |
| | Dated: 6/16/2021 |

FILED
6/17/21 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Reviewed and Approved by the Court,

_____
Honorable Carlotta Böhm,
Chief Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                   Case No. 20-23092-CMB
Althea M. Bell                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                        User: dsaw                                                  Page 1 of 2
Date Rcvd: Jun 17, 2021                         Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

**Recip ID**               **Recipient Name and Address**
db                    +    Althea M. Bell, 2201 Hunt Club Dr., Greensburg, PA 15601-8423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021                                 Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:**

**Name**                               **Email Address**

Brian Nicholas
                            on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com

Glenn R. Bartifay
                            on behalf of Debtor Althea M. Bell gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Hilary Wheatley Taylor
                            on behalf of Creditor The Hunt Club Villas Homeowners' Association  Inc. htaylor@papernick-gefsky.com

Kevin J. Petak
                            on behalf of Creditor Cambria Thrift kpetak@spencecuster.com skosis@spencecuster.com

Maria Miksich
                            on behalf of Creditor Midland Credit Management Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Jun 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8