IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 20-23092-CMB |
| ALTHEA M. BELL, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## CONSENT ORDER

AND NOW, this _____ day of July, 2021, it is hereby ORDERED that the payment for Debtor Althea M. Bell's Amended Plan dated March 10, 2021, Doc. No. 52, shall increase to $1,106.00 monthly effective July 2021 in light of the Order dated June 17, 2021 at Doc. No. 102 to pay Creditor Midland Credit Management Inc. the amount of $3,000.00 through Debtor's plan. This Order modifies the Order dated April 30, 2021, Doc. No. 94 confirming Debtor's Amended Plan dated March 10, 2021. The Plan as confirmed remains in effect in all other respects, and this modification does not affect any other creditor.

_____
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

Consented to by:

/s/ Glenn R. Bartifay              /s/ James Warmbrodt
GLENN R. BARTIFAY, ESQUIRE         Counsel for the Chapter 13 Trustee
Pa. Id. No. 68763
Attorney for Debtor
BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com