IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO.  20-23092-CMB |
| ALTHEA M. BELL, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | re doc. 104 |

## CONSENT ORDER

AND NOW, this __6th__ day of July, 2021, it is hereby ORDERED that the payment for Debtor Althea M. Bell's Amended Plan dated March 10, 2021, Doc. No. 52, shall increase to $1,106.00 monthly effective July 2021 in light of the Order dated June 17, 2021 at Doc. No. 102 to pay Creditor Midland Credit Management Inc. the amount of $3,000.00 through Debtor's plan.  This Order modifies the Order dated April 30, 2021, Doc. No. 94 confirming Debtor's Amended Plan dated March 10, 2021.  The Plan as confirmed remains in effect in all other respects, and this modification does not affect any other creditor.

_____
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

Consented to by:

/s/ Glenn R. Bartifay  
GLENN R. BARTIFAY, ESQUIRE  
Pa. Id. No. 68763  
Attorney for Debtor  
BARTIFAY LAW OFFICES, P.C.  
2009 Mackenzie Way, Suite 100  
Cranberry Township, PA 16066  
(412) 824-4011  
gbartifay@bartifaylaw.com

/s/ James Warmbrodt  
Counsel for the Chapter 13 Trustee

FILED  
7/6/21 1:27 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Althea M. Bell  
    Debtor

Case No. 20-23092-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 2  
Date Rcvd: Jul 06, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Althea M. Bell, 2201 Hunt Club Dr., Greensburg, PA 15601-8423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas  
    on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com

Glenn R. Bartifay  
    on behalf of Debtor Althea M. Bell gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Hilary Wheatley Taylor  
    on behalf of Creditor The Hunt Club Villas Homeowners' Association Inc. htaylor@papernick-gefsky.com

Kevin J. Petak  
    on behalf of Creditor Cambria Thrift kpetak@spencecuster.com skosis@spencecuster.com

Maria Miksich  
    on behalf of Creditor Midland Credit Management Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Jul 06, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8