Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Althea M. Bell**  :  Case No. 20−23092−CMB
*Debtor(s)*  :  Chapter: 13

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

    *AND NOW,* this **The 9th of April, 2024,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Althea M. Bell  
    Debtor

Case No. 20-23092-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 09, 2024      Form ID: 309      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Althea M. Bell, 2201 Hunt Club Dr., Greensburg, PA 15601-8423 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | 1st Summit Bank, 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| cr | + | The Hunt Club Villas Homeowners' Association, Inc., c/o BHHS, 3820 Old William Penn Highway, Murrysville, PA 15668-1841 |
| 15610309 | + | 1st Summit Bank, P.O. Box 5480, Johnstown, PA 15904-5480 |
| 15305711 | #+ | Cambria Thrift, Pob 248, Ebensburg, PA 15931-0248 |
| 15342725 | + | Cambria Thrift Consumer Discount Company, 2 E. Market Street, Blairsville, PA 15717-1324 |
| 15305714 | + | Hilary W. Taylor, Esquire, Papernick & Gefsky, LLC, 301 Grant St., Suite 3240, Pittsburgh, PA 15219-6401 |
| 15305715 | + | Hunt Club Villas Homeowners Assoc. Inc., c/o BHHS, 3820 Old William Penn Hwy, Murrysville, PA 15668-1841 |
| 15328327 | + | John A. Bell, 2201 Hunt Club Dr., Greensburg, PA 15601-8423 |
| 15342724 | + | Kevin J. Petak, Esquire, 1468 Gertrude Court, 1067 Menoher Boulevard, Johnstown, PA 15905-2545 |
| 15328121 | + | The Hunt Club Villas Homeowners' Association, Inc., c/o BHHS, 3820 Old William Penn Hwy, Murrysville, PA 15668-1841 |
| 15305721 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 15328332 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 10 2024 00:02:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15308101 | | EDI: CAPITALONE.COM | Apr 10 2024 03:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15305712 | + | EDI: CAPITALONE.COM | Apr 10 2024 03:58:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15305713 | + | Email/Text: bknotice@ercbpo.com | Apr 10 2024 00:03:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15313258 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2024 00:13:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15305716 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2024 00:14:03 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15307614 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2024 00:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15305717 | + | EDI: CBS7AVE | Apr 10 2024 03:58:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15328329 | + | Email/Text: ebnjts@grblaw.com | Apr 10 2024 00:02:00 | Peoples Natural Gas Co., c/o GRB Law, 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15316892 | + | Email/Text: ebnpeoples@grblaw.com | Apr 10 2024 00:02:00 | Peoples Natural Gas Company LLC, c/o GRB |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15305718 | + | Email/Text: clientservices@remexinc.com | Apr 10 2024 00:02:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 15305719 | + | Email/Text: bankruptcy@sw-credit.com | Apr 10 2024 00:03:00 | Sw Crdt Sys, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15305720 | + | EDI: PHINGENESIS | Apr 10 2024 03:58:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15316804 | + | EDI: LCIFULLSRV | Apr 10 2024 03:58:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15318796 | | Email/Text: BNCnotices@dcmservices.com | Apr 10 2024 00:02:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15345357 | | Email/Text: EDBKNotices@ecmc.org | Apr 10 2024 00:02:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 15305722 | + | EDI: BLUESTEM | Apr 10 2024 03:58:00 | Webbank/fingerhut Fres, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15353356 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 10 2024 00:03:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management Inc. |
| 15328040 | | The Hunt Club Villas Homeowners Association Inc. |
| cr | * | Cambria Thrift, P.O.Box 248, Ebensburg, PA 15931-0248 |
| 15328328 | *+ | Midland Credit Management, Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 15328330 | *+ | Tea Olive, LLC, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 15328331 | *+ | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Midland Credit Management Inc. dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | |

Case 20-23092-CMB    Doc 121    Filed 04/11/24    Entered 04/12/24 00:27:00    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: 309 | Total Noticed: 32 |

| | |
|---|---|
| | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | |
| | on behalf of Debtor Althea M. Bell gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Hilary Wheatley Taylor | |
| | on behalf of Creditor The Hunt Club Villas Homeowners' Association Inc. htaylor@papernick-gefsky.com |
| Kevin J. Petak | |
| | on behalf of Creditor Cambria Thrift kpetak@spencecuster.com skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |
| Kevin J. Petak | |
| | on behalf of Creditor 1st Summit Bank kpetak@spencecuster.com skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9