**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ALTHEA M. BELL | Case No.:20-23092 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 10/30/2020  and confirmed on 04/30/2021 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,361.66 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,356.66 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,413.00 | |
|   Trustee Fee | 1,473.31 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,886.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HUNT CLUB VILLAS | 0.00 | 8,325.00 | 0.00 | 8,325.00 |
|     Acct: 2201 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 7,839.56 | 3,986.89 | 1,803.70 | 5,790.59 |
|     Acct: 0092 | | | | |
|   HUNT CLUB VILLAS | 14,938.46 | 8,741.77 | 0.00 | 8,741.77 |
|     Acct: 2201 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 1,294.45 | 757.49 | 0.00 | 757.49 |
|     Acct: 0092 | | | | |
|   1ST SUMMIT BANK(*) | 3,080.00 | 1,789.53 | 421.42 | 2,210.95 |
|     Acct: 9998 | | | | |
| | | | | 25,825.80 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALTHEA M. BELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALTHEA M. BELL | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 20-23092 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   BARTIFAY LAW OFFICES PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC** | 3,913.00 | 3,913.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ** | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXINAL | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,644.55 | 0.00 | 1,644.55 |
|     Acct: 6672 | | | | |
| | | | | 1,644.55 |
| **Unsecured** | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6459 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 628.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 0636 | | | | |
|   ERC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0333 | | | | |
|   MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4382 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 3,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6893 | | | | |
|   MONTGOMERY WARD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 629O | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,613.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 7681 | | | | |
|   REMEX INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3961 | | | | |
|   SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8045 | | | | |
|   TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6774 | | | | |
|   TEA OLIVE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6774 | | | | |
|   UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6459 | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7004 | | | | |
|   WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7980 | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAPERNICK & GEFSKY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN BELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SPENCE CUSTER SAYLOR ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\* N O N E \*\*\*

TOTAL PAID TO CREDITORS                                                                                                27,470.35

TOTAL CLAIMED
PRIORITY             0.00
SECURED         27,152.47
UNSECURED        5.242.44

Date: 05/01/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com